# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.  CR. NO.: 3:15CR00162-047

EMMANUEL SALGADO-GONZALEZ

### MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE, REQUESTING THE ISSUANCE OF A SUMMONS AND SHOW CAUSE HEARING

**U.S. PROBATION OFFICER** Alexander Galindo informs the Court that on October 9, 2020, Mr. Salgado-Gonzalez commenced his imposed supervised release term, which is scheduled to expire on October 8, 2028, and has violated the following conditions:

**STANDARD CONDITION: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

**STANDARD CONDITION: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.**

**STANDARD CONDITION: The defendant shall truthfully answer all inquiries by the probation officer and follow the probation officer's instructions.**

**STANDARD CONDITION: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

**STANDARD CONDITION: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**

1

**STANDARD CONDITION:** The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**STANDARD CONDITION:** The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**MANDATORY CONDITION:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substances. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**SPECIAL CONDITION:** The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of release and, thereafter, submit to a random drug test, no less than 3 samples during the supervision period and not to exceed 104 samples per year in accordance with the Drug Aftercare Program Policy of the U.S. Probation Office approved by this Court. If any such samples detect substance abuse, the defendant shall participate in an in-patient or out-patient substance abuse program for evaluation and/or treatment, as arranged by the U.S. Probation Officer until duly discharged. Defendant doesn't have the means to pay a co-payment, therefore, this clause is not imposed.

On January 17, 2025, the Probation Officer issued a written reprimand to Mr. Salgado-Gonzalez due to his noncompliance with the conditions of his supervised release. The reprimand detailed several violations, including his failure to communicate with the Probation Officer, his unavailability, dishonesty, unemployment, and the illegal possession and use of cocaine. It was noted that from November 14, 2024, until January 15, 2025, Mr. Salgado-Gonzalez was unaccounted for. The written reprimand also included specific instructions from the Probation Officer that Mr. Salgado-Gonzalez agreed to follow as part of his action plan:

1. Enroll in Phase I of the Random Drug Testing Program (RDTP).

2. Complete a substance abuse assessment.

3. Follow any treatment recommendations the treatment provider provides, if applicable.

4. If employed, submit all required documentation for verification purposes.

5. If unemployed, actively seek employment.

6. Report to the Probation Officer by telephone or in person every week.

7. Pay the remaining $50 SMA restitution.

Mr. Salgado-Gonzalez has not followed the agreed-upon instructions and continues to violate the conditions of his supervised release. He has tested positive for cocaine on the following dates: November 13, 2024; January 17, 2025; January 27, 2025; February 6, 2025; February 11, 2025; February 19, 2025; and March 4, 2025. Additionally, Mr. Salgado-Gonzalez has repeatedly failed to contact the Random Drug Testing Program (RDTP). He could not provide a required urine sample when randomly selected on March 13, 2025, which constitutes another violation of his supervised release conditions.

Under Title 18, United States Code, Section 3583 (g)(4), the number of positive drug tests totals more than three times in the same year, thus triggering a mandatory revocation. It's noteworthy that Mr. Salgado-Gonzalez has been provided with some opportunities, including enrollment in the Random Drug Testing Program (RDTP) to mitigate the problematic use of cocaine, referral to our contracted outpatient treatment services for drug use disorders to help him stop the consumption of illicit drugs, increased in treatment services frequency, a written reprimand to comply with the supervised release conditions and achieve early remission from problematic drug use. Nonetheless, he has not taken advantage of the opportunities provided.

The Probation Officer understands that addressing non-compliant behavior quickly and effectively is essential for ensuring success during the supervision period and beyond. Officers are encouraged to implement strategies that monitor behavior and address the underlying issues that lead to supervision violations, promoting ongoing compliance. Additionally, the Probation Officer acknowledges that substance use disorder is a chronic condition that requires continuous treatment. Outpatient treatment for drug use disorders is currently recommended to assist in managing relapses and supporting recovery.

In evaluating Mr. Salgado-Gonzalez's noncompliance with controlled substance use, the Probation Officer has referred him to substance abuse treatment services provided by our contracted treatment provider. Despite this referral, Mr. Salgado-Gonzalez continues to use cocaine and has openly admitted to his drug use. To further support him, the Probation Officer has followed the recommendation of the treatment provider by increasing the frequency and intensity of his outpatient treatment to address

4

his problematic drug use. However, Mr. Salgado-Gonzalez continues to consume illegal drugs.

The Probation Office's primary goal is to help Mr. Salgado-Gonzalez reintegrate into the community during his supervised release by preventing noncompliance with controlled substance use. However, his lack of responsiveness and motivation complicates this process.

Mr. Salgado-Gonzalez is unemployed despite receiving ongoing guidance from his Probation Officer. The officer has instructed him to seek employment actively and to provide proof of his job search efforts. However, Mr. Salgado-Gonzalez did not submit this evidence until March 13, 2025, after the officer confronted him about his lack of compliance with these instructions. This behavior suggests a significant lack of communication and motivation on Mr. Salgado-Gonzalez's part, undermining his chances for successful reintegration.

In assessing Mr. Salgado-Gonzalez's continued non-compliance, the Probation Office recommends that the Court approve the request for a summons and a hearing to show cause. This action will hold Mr. Salgado-Gonzalez legally accountable for his violations.

If the Court approves the summons and schedules a show cause hearing, Mr. Salgado-Gonzalez will continue under the supervision of the Probation Officer. This period offers him a valuable opportunity to work towards early recovery from cocaine use, follow treatment protocols, and engage in outpatient treatment for dual disorders while seeking suitable employment. Increased supervision will also help manage the risks

related to his history of drug use and promote stability in his substance use through education, self-awareness, and intervention.

**WHEREFORE,** the undersigned respectfully requests that the Court take notice of this Motion. Considering that Mr. Salgado-Gonzalez is facing a chronic health condition related to the illegal use of cocaine, we kindly ask that a summons be issued for him to appear before this Honorable Court. He should be allowed to explain why his term of supervision should not be revoked.

San Juan, Puerto Rico, March 17, 2025.

LUIS O. ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/Alexander Galindo*
Alexander Galindo
U.S. Probation Officer
Federal Office Bldg. Room 225
150 Carlos Chardón Avenue
San Juan, PR 00918-1741
Telephone: (787) 696-4685
Email: alexander_galindo@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I certify that on this date, I electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will notify the parties of the filing.

San Juan, Puerto Rico, March 17, 2025.

*s/Alexander Galindo*
Alexander Galindo
U.S. Probation Officer